UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>            Plaintiff,<br><br>    v.<br><br>LALA MAHA MAQADDEM,<br><br>            Defendant. | No.  2:23-cv-02123-TLN-CKD PS<br><br><br>ORDER |

This action was removed to this court by defendant Lala Maha Maqaddem, proceeding without counsel, from the Los Angeles Superior Court. (ECF No. 1.)[1] On November 6, 2023, the undersigned issues finding and recommendations recommending that this case be remanded to the state court. (ECF No. 6)

Defendant has requested to file case documents electronically. (ECF No. 7.) Generally, "any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." See E.D. Cal. L.R. 133(b)(2) (emphasis in original). The undersigned does not find good cause for deviance from the general rule at this time, particularly in light of the pending recommendation to remand this case to the Los Angeles Superior Court.

---

[1] This matter is referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

1 | In accordance with the above, IT IS ORDERED THAT defendant's application for
2 | permission for electronic filing (ECF No. 7) is DENIED.
3 | Dated:  November 8, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
maqa23cv2123.ef