UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>LALA MAHA MAQADDEM,<br><br>Defendants. | No. 2:23-cv-02123-TLN-CKD<br><br>**ORDER** |

Defendant, proceeding without counsel, removed this matter from the Los Angeles Superior Court to this Court. (ECF No. 1.) This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 6, 2023, the magistrate judge filed findings and recommendations herein, which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Defendant filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a *de novo* review of this case. Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

1

1   Accordingly, IT IS HEREBY ORDERED as follows:

2      1. The findings and recommendations filed November 6, 2023 (ECF No. 6) are
3          ADOPTED IN FULL;
4      2. This action is REMANDED to the Los Angeles County Superior Court.
5      3. The Clerk of Court is directed to serve a certified copy of the order remanding the
6          case on the Clerk of the Los Angeles County Superior Court, and to reference the
7          state case number SA098438 in the proof of service.
8      4. The Clerk of the Court is directed to close this case.

Date: February 2, 2024

_[signature]_
Troy L. Nunley
United States District Judge